IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**JOHN ROBERTS**                                                                                          **PLAINTIFF**

v.                                    No: 4:21-cv-00551-JM

**RODNEY WRIGHT,** *et al.*                                                                       **DEFENDANTS**

## ORDER

Plaintiff John Roberts filed a *pro se* complaint, pursuant to 42 U.S.C. § 1983, on June 21, 2021 (Doc. No. 1). On July 12, 2021, the Court entered an order directing Roberts to file an amended complaint clarifying his claims within 30 days. *See* Doc. No. 6. Roberts was cautioned that failure to comply with the Court's order within that time would result in the dismissal of his case.

More than 30 days have passed, and Roberts has not complied or otherwise responded to the July 12 order. Accordingly, the Court finds that this action should be dismissed without prejudice for failure to comply with Local Rule 5.5(c)(2) and failure to respond to the Court's orders. *See Miller v. Benson*, 51 F.3d 166, 168 (8th Cir. 1995) (District courts have inherent power to dismiss *sua sponte* a case for failure to prosecute, and exercise of that power is reviewed for abuse of discretion).

IT IS THEREFORE ORDERED THAT Roberts's complaint (Doc. No. 1) is DISMISSED WITHOUT PREJUDICE.

DATED this 18th day of August, 2021.

UNITED STATES DISTRICT JUDGE